An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

YU-CHIH EUGENE CHEN,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
JENNIFER ELLIOTT, DISTRICT
JUDGE,
Respondents,
and
NAIWEI HUNG,
Real Party in Interest.

No. 66723

**FILED**

OCT 3 0 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING PETITION
## FOR WRIT OF MANDAMUS OR PROHIBITION

Petitioner has filed a notice of withdrawal of the emergency petition for a writ of mandamus or prohibition filed in this court on October 20, 2014. We construe the notice as a motion for voluntary dismissal, and we grant the motion in accordance with NRAP 42. Accordingly, this writ petition is dismissed.

It is so ORDERED.

_____Pickering_____, J.
Pickering

_____Parraguirre_____, J.
Parraguirre

_____Saitta_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

14-36098

cc: Hon. Jennifer Elliott, District Judge, Family Court Division
McFarling Law Group
Hofland & Tomsheck
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A